```
                                          FILED
                                          SEP 2 8 2010
                                          CLERK, U.S. DISTRICT COURT
                                          DISTRICT OF NEVADA
                                          BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-185-KJD (RJJ) |
| SYLVIA GUADALUPE GONZALEZ, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 28, 2010, defendant SYLVIA GUADALUPE GONZALEZ pled guilty to Count Four of a Seven-Count Criminal Indictment charging her with Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

This Court finds defendant SYLVIA GUADALUPE GONZALEZ agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offense to which defendant SYLVIA GUADALUPE GONZALEZ pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1):

. . .

|   |   |   |
|---|---|---|
| a) | $3,760.00 in United States Currency seized from 6012 Sugar Creek Drive, North Las Vegas, NV; |
| b) | $9,200.00 in United States Currency seized from 5041 Indigo Gorge Ave, Las Vegas, NV; and |
| c) | $1,400.00 in United States Currency seized from 5041 Indigo Gorge Ave, Las Vegas, NV. |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SYLVIA GUADALUPE GONZALEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

1        DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
2        MICHAEL A. HUMPHREYS
        Assistant United States Attorney
3        Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
4        Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this 28th day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE

3