UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES OF AMERICA,      )      2:10-CR-00185-KJD-RJJ-1
                               )
              Plaintiff,       )
                               )      ORDER FOR PLACEMENT IN THE
vs.                            )      RESIDENTIAL RE-ENTRY
                               )      CENTER/HALFWAY HOUSE
SYLVIA GUADALUPE GONZALEZ      )
                               )
              Defendant,       )
_____ )

        Presently before the Court is the matter of *United States v. Sylvia Guadalupe Gonzalez,*
2:10-cr-00185-KJD-RJJ.

        On September 23, 2014, this Court held a hearing for revocation of supervised release as
to Ms. Gonzalez. The Court ordered that Ms. Gonzalez reside in the residential re-entry
center/halfway house for a period of up to ninety (90) days.

        Accordingly,

        IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Sylvia
Guadalupe Gonzalez reside in a residential re-entry center/half way house for a period of up to
ninety (90) days. It is further ordered that all previous conditions and terms of release will stay in
place.

        DATED THIS 26TH day of September, 2014.


                                        _____
                                        UNITED STATES DISTRICT JUDGE

-1-