**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SYLVIA GUADALUPE GONZALEZ,<br><br>          Defendant. | Case No. 2:10-cr-185-KJD-RJJ<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 25, 2015 at 9:00 a.m., be vacated and continued to  December 9, 2015 at the hour of  9:00    a .m.; or to a time and date convenient to the court.

   DATED this  19th  day of November, 2015.

_____
U.S. DISTRICT JUDGE
KENT J. DAWSON

3