UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA GUADALUPE GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:10-cr-185-KJD-RJJ<br><br>**ORDER** |

　　The best interest of justice being served and all parties being in agreement:

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, December 9, 2015 at 9:00 a.m., be vacated and continued to  12/18/2015  at the hour of   9:00   a .m.; or to a time and date convenient to the court.

　　DATED this  2nd  day of December, 2015.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON

3